STATE OF MAINE
KENNEBEC, ss

SUPERIOR COURT
DOCKET NOS. CV-05-03,
14, 34,036,082, 83, 121, 151,
186, 195, 252, 332, 540

KEN-NM-3/7/06

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT

MAR 0 3 2006

NANCY DESJARDIN
CLERK OF COURTS

JAMES ALLEN

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

DAVID BOURGOIN and
DENISE BOURGOIN

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

PAUL BRADEEN and
GWENDOLYN BRADEEN

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

ALICE GEARY

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

ROLAND GEARY, ROBIN GEARY,
and RAYMOND GEARY

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

**ORDER ON
DISCLOSURE
OF RECORDS**

1

DANIELLE GRANT

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************
KATHRYN HOWES

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS

**************************************************
FRANCIS M. KELLEY and
MARGARET KELLEY

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************
KATHLEEN KING

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
and MATTHEW CYR
**************************************************
WILLIAM LEBLANC and
MARK LEBLANC,

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
**************************************************

2

JOSEPH MARCEAU, MARION
MARCEAU and LINDA KERRIGAN

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MARGARET GREENWALD, M.D.,
MATTHEW CYR, and LORIE STEVENS
*************************************************

ANNE M. MOZINGO

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE and MATTHEW CYR
*************************************************

DIANE NICHOLS

v.

THE STANLEY MEDICAL RESEARCH
INSTITUTE, E. FULLER TORREY, M.D.,
MATTHEW CYR, and LORIE STEVENS
*************************************************

The court received and reviewed on March 7, 2006 nine pages of
documents submitted by Attorney Brian Sullivan with cover letter dated March
3, 2006.

The court orders that some of those pages should be provided to counsel
in redacted form. The court crossed out with pen the portions of the documents
that should be redacted and wrote "No" beside the portions that should be
redacted.

Because the deposition of Thomas Buckley is scheduled for March 8, time
is of the essence. The court faxed the pages with specified redactions to Attorney

3

Sullivan today at approximately noon and sent an e-mail to him with instructions.

The entry is

> The portions of the nine pages submitted by Attorney Sullivan not redacted by the court will be provided to counsel.

Date: March 7, 2006

Nancy Mills
Justice, Superior Court